# EXHIBIT 2

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| 7. [pre] A wireless node pair comprising: | A wireless communications network that enables mobility through network handover has a plurality of wireless nodes, including mobile nodes and ghost mobile nodes.<br><br>Defendant makes, uses, sells, offers for sale, or imports, induces others to make, use, sell, offer to sell, or import, and/or contributes to others' making, using, selling, offering to sell, or importing wireless products and services that provide, enable, use or contribute to the providing, enabling or use of a wireless communications network that enables mobility through network handover, including at least Cisco's 4G LTE Advanced Pro Solutions products and services, Cisco's LTE Routers including Cisco's 880G, 890G, Branch Routers and SD-WAN appliances, Cisco's 5G Network Architecture products and services, Cisco's Cloud Core and Packet Core products and services for 5G and 4G, Cisco Network Convergence System (NCS) 500 Series products and services, and Cisco's Private 5G service, including the products and services described on Defendant's website as shown below. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | <br>See https://www.cisco.com/c/en/us/solutions/enterprise-networks/4g-lte-solutions/index.html. |

**U.S. Patent No. 7,697,508 (“508 Patent”)**

| **‘508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | <br>Contact Partners Log in EN US<br>cisco Products and Services Solutions Support Learn Trials and demos Search<br>Products & Services / Routers / Branch Routers / Data Sheets /<br>Cisco 880G and 890G Series 4G LTE 2.0 Integrated Services Routers - Data Sheet<br>Save Translations Download Print<br>**Updated:** October 22, 2018 **Document ID:** ac776356-740a-471e-800f-440f312beeda<br>Bias-Free Language<br>The Cisco® 880G and 890G Series 4G LTE 2.0 Integrated Services Routers with Cisco IOS® Software offer support for integrated fourth-generation (4G LTE) wireless WAN (mobile broadband backhaul), WLAN capabilities (C897VAGW Model) and cutting-edge capabilities. The Cisco 880G and 890G Series ISRs provide a rapidly deployable, highly available, reliable, and secure solution designed to combine Internet access, comprehensive security, and wireless services in a single device that is easy to deploy and manage for primary or backup connectivity (Figure 1). Customers that would benefit from these routers include small businesses, remote small or medium-sized or power branches, financial services firms, healthcare organizations, pop-up stores, point-of-sale systems, and retail businesses. Fully integrated with Cisco IOS Software, the Cisco 880G and 890G routers deliver enterprise-class features, including highly secure data, voice, and video communications to stationary and mobile network nodes across wired and wireless links. The best-in-class Cisco 880G and 890G Series architecture is specifically designed to deliver high performance with concurrent services, business continuity, and investment protection. The Cisco 880G and 890G 4G LTE 2.0 series are the industry leader to bring enterprise grade wireline like functionality such as Quality of Service (QoS) for cellular, Multi-Virtual Route Forwarding (Multi-VRF), advanced VPN, and Unified Communications solutions over LTE.<br>Contact Cisco<br>Chat with Sales<br>Get a call from Sales<br>Call Sales:<br>1-800-553-6387<br>US/CAN \| 5am-5pm PT<br>Product / Technical Support<br>Training & Certification<br>Customers Also Viewed<br>Cisco 1000 Series Integrated Services Routers Data Sheet<br><br>See https://www.cisco.com/c/en/us/products/collateral/routers/800-series-routers/datasheet_c78-732744.html. |

U.S. Patent No. 7,697,508 ("508 Patent")

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |  |

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | Networking anywhere: Flexible, powerful, secure<br><br>Stay ahead of the rapidly evolving demands on your network with WAN appliances designed for remote branches and edge sites of all sizes.<br><br>Superior experience<br>Boost productivity with optimized cloud and on-premises application performance, intelligent connectivity, and rich on-demand network services at scale.<br><br>Industry-leading protection<br>Secure your network with integrated next-generation firewall, content filtering, Advanced Malware Protection (AMP), and IDS/IPS, all powered by Cisco Talos.<br><br>Simplified management<br>Maximize control and visibility on-premises or in the cloud. Simplify and centralize your IT experience with zero-touch provisioning, comprehensive monitoring, and intuitive workflows.<br><br>Advanced connectivity<br>Enhance connectivity and improve your backup capacity more easily with 5G, LTE, Wi-Fi, and modular LAN. |

**U.S. Patent No. 7,697,508 (“508 Patent”)**

| **‘508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |   |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |   |

**U.S. Patent No. 7,697,508 ("508 Patent")**

<table>
<tr><th>'508 Patent Claim</th><th>Accused Handover Products/Services</th></tr>
<tr><td></td><td>



See https://www.cisco.com/site/us/en/products/networking/sdwan-routers/branch-routers/index.html.
</td></tr>
</table>

U.S. Patent No. 7,697,508 (“508 Patent”)

| ‘508 Patent Claim | Accused Handover Products/Services |
|---|---|
| |   |

| **‘508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |  |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |  |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |  |

U.S. Patent No. 7,697,508 (“508 Patent”)

<table>
<tr><th>‘508 Patent Claim</th><th>Accused Handover Products/Services</th></tr>
<tr><td></td><td>



See https://www.cisco.com/c/en/us/solutions/service-provider/5g-network-architecture.html.
</td></tr>
</table>

U.S. Patent No. 7,697,508 ("508 Patent")

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| |   <br><br> See https://www.cisco.com/c/en/us/products/wireless/packet-core/index.html. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |  |

U.S. Patent No. 7,697,508 (“508 Patent”)

| **‘508 Patent Claim** | **Accused Handover Products/Services** |
| --- | --- |
| | <br>See https://www.cisco.com/c/en/us/products/routers/network-convergence-system-500-series-routers/index.html. |

| **‘508 Patent Claim** | **Accused Handover Products/Services** |
| --- | --- |
| | <br><br>See https://www.cisco.com/c/en/us/products/wireless/private-5g/index.html.<br><br>Defendant's infringement includes making and using Accused Handover Products/Services for, amongst other reasons, research and development, as well as offering to sell and selling Accused Handover Products/Services to third parties, including those that provide or seek to provide wireless communications network services to consumers. Defendant also induces and contributes to the infringement of the patent by others. |
| [7.a] a mobile node for communicating | To provide or perform network handover, a mobile node communicating with a wireless communications network becomes part of a wireless node pair. |

U.S. Patent No. 7,697,508 ("508 Patent")

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| with a wireless communications network, | Long-term evolution (LTE) is a standard for wireless communication networks for mobile devices and data terminals, based on the GSM/EDGE and UMTS/HSPA standards. It is defined by the Third Generation Partnership Project (3GPP). The Accused Handover Products/Services provide, enable, or use LTE wireless communication networks as a 4th Generation (4G) technology that comply with 3GPP Standards including those for network handover.<br><br>The air interface in LTE from the base station side is known as the Evolved-Universal Terrestrial Radio Access Network (E-UTRAN). The air interface from the mobile devices side is known as the Evolved-Universal Terrestrial Radio Access (E-UTRA). The architecture of E-UTRAN is shown in Figure [7.a.1] below.<br><br> |

| **‘508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | *Figure [7.a.1] Overall Architecture (3GPP ETSI TS136.300, Section 4, Fig4-1).*<br><br>As described in 3GPP ETSI TS136.300, Section 4:<br><br>> The E-UTRAN consists of eNBs, providing the E-UTRA user plane (PDCP/RLC/MAC/PHY) and control plane (RRC) protocol terminations towards the UE. The eNBs are interconnected with each other by means of the X2 interface. The eNBs are also connected by means of the S1 interface to the EPC (Evolved Packet Core), more specifically to the MME (Mobility Management Entity) by means of the S1-MME interface and to the Serving Gateway (S-GW) by means of the S1-U interface. The S1 interface supports a many-to-many relation between MMEs / Serving Gateways and eNBs.<br><br>User Equipment (UE) is a mobile node in the LTE network and connected through the E-UTRA air interface to the E-UTRAN through one of the eNBs (eNodeBs) base stations. The 3GPP ETSI TS 136.331 specifications describe the Radio Resource Control (RRC) protocol for the radio interface between UE and E-UTRAN. 3GPP ETSI TS 136.331, Section 4.2 Architecture, show that the mobile node (UE) stays communicating with the LTE network at all times.<br><br>• A UE is in *RRC_CONNECTED* state in which it is actively sending and receiving information with currently connected eNB. To save the UE’s power when the UE is not involved in any sending or receiving activities, the UE is put in *RRC_IDLE* state in which it is not connected any more for sending and receiving data. An idle UE is often configured by E-UTRAN upper layers to enter a Discontinuous Reception/Transmission mode (DRX/DTX) in which the UE loops in sleeping for a period of time (to save power), and then wake up to check if there is any incoming calls or any information change. In this Discontinuous DRX/DTX mode, the UE also performs neighboring cell measurements and possibly cell (re-)selection. Hence the mobile node is always connected with an eNB either actively (in *RRC_CONNECTED* state), or passively (in *RRC_IDLE* state). |

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | • Further, as the UE moves away from its current eNB, the RRC protocol supports hand-over to another eNB by configuring the connection through *RRCConnectionsReconfiguration* messages (3GPP ETSI TS 136.331, Section 5.3.5) and reestablishing the connection with the new eNB through *RRCConnectionResestablishment* request/reply messages (3GPP ETSI TS 136.331, Section 5.3.7).<br><br>A mobile node (UE) also communicates with 5G networks, which are evolved networks that work and interoperate with 4G networks. The network architecture is similar but the air interface (New Radio, or NR from the mobile node side) provides much higher bandwidth, much lower latency, and in general higher user density per cell (because 5G uses small cells).<br><br>The above description for this claim element applies to 4G and 5G networks provided, enabled, or used by Accused Handover Products/Services. Inter- Radio Access Technology ("RAT") as per 3GPP ETSI TS 138.133 (Section 6.1.2) governs the interoperability of the two networks (4G and 5G) by facilitating hand-over from one network to the other. For instance, a 4G- and 5G-capable UE connected to a 5G base station (known as gNodeB or gNB) through NR air interface may reestablish connection to a 4G base station (eNB) through E-UTRAN air interface (3GPP ETSI TS 138.133, Section 6.1.2.1.1). This is done through RRC (*RRCConnectionReconfiguration* message and *RRCConnectionReestablishment* request reply).<br><br>Hence, a UE is a mobile node for communicating with 4G and 5G wireless communications networks provided, enabled or used by Accused Handover Products/Services. |
| [7.b] wherein the mobile node has a corresponding geographical current state and one or more predicted geographical future states; and | **7.b.1 Mobile node has a corresponding geographical current State:**<br><br>In 4G and 5G wireless communications networks provided, enabled or used by Accused Handover Products/Services, the mobile node has a corresponding geographical current state.<br><br>**7.b.1.1 Geographical current State in 4G.**<br><br>A mobile node (UE) connected to an eNB in the E-UTRAN network has its geographical current state corresponding to the eNB it is associated with (known as the serving eNB). This state consists of multiple contributory elements as follows: |

| **‘508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | • The eNB’s own identifier (eNB ID) contributes to the representation of the current geographical state of the UE. As per 3GPP ETSI TS 23.202, the eNB ID along with several other location information are stored in several Information Object Classes (IOC) including the Geographical Area Descriptor (GAD).<br>• A Tracking Area (TA) is an area tracked by one or more eNBs. A TA is organized into a number of cells. For instance, in Figure [7.b.1] below, there are 4 TAs, each is composed of 6 cells and tracked by two eNBs (each eNB is specifically tracking 3 of the 6 cells). A TA is uniquely identified by a TA Identifier or TAI which is composed of the Mobile Country Code (MCC), Mobile Network Code (MNC), and a Tracking Area Code. The TAI contributes to the representation of the current geographical state of the UE.<br>• The specific Cell ID (ID of the cell in which the UE is located within a TA) is another representation of the current geographical state of the UE. Such a cell ID is known as the E-UTRAN Cell Global Identifier, or ECGI, which is a globally unique ID.<br>• Of further contribution to the representation of the current geographical state of the UE is the latitude and longitude of the eNB’s antenna, which are obtained using any Global Navigational Satellite System (GNSS) - namely the GPS system in the US. This is shown in 3GPP TS.642 V9.1 (Section 6.5) and reproduced below in Figure [7.b.2] |

U.S. Patent No. 7,697,508 (“508 Patent”)

| **‘508 Patent Claim** | **Accused Handover Products/Services** |
| --- | --- |
| | <br>Figure [7.b.1] Tracking Areas (TA) and ECGI. See Mobile Packet Core (available at https://mobilepacketcore.com/what-is-tracking-area-in-lte/). |

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | (continued below) |

3GPP TS 32.642 version 9.1.0 Release 9 44

| | |
|---|---|
| latitude | The latitude of the antenna location based on World Geodetic System (1984 version) reference frame (WGS 84). Positive values correspond to the northern hemisphere. Note: The value of this attribute has no operational impact on the network, e.g. the N not affected by the value setting of this attribute. Note as well that this attribute is no over the Iuant interface according to Ref. 3GPP TS 25.463 [22]. |
| localCellId | The Local Cell id is used to uniquely identify the set of resources defined in a Node E cell. It must be unique in Node B at a minimum, but may be unique in UTRAN. . Loc Identifier" Ref. 3GPP TS 25.401 [4], "Local Cell ID" in 3GPP TS 25.433 [5]. |
| longitude | The longitude of the antenna location based on World Geodetic System (1984 versio reference frame (WGS 84). Positive values correspond to degrees east of 0 degrees Note: The value of this attribute has no operational impact on the network, e.g. the N not affected by the value setting of this attribute. Note as well that this attribute is no over the Iuant interface according to Ref. 3GPP TS 25.463 [22]. |
| maximumAllowedUlTxPower | Cell (re)selection, defined in Ref. 3GPP TS25.331 [9]. This information element indicates the maximum allowed uplink transmit power. |
| maxAzimuthValue | The maximum amount of change of azimuth the RET system can support. This is the degrees clockwise from bearing. Note: The value of this attribute has no operational impact on the network, e.g. the N not affected by the value setting of this attribute. Note as well that this attribute is no over the Iuant interface according to Ref. 3GPP TS 25.463 [22]. |
| maxTiltValue | The maximum amount of tilt the RET system can support. "Maximum supported tilt" i Ref. 3GPP TS 25.463 [20]. |
| maximumTransmissionPower | The maximum transmission power of a cell. It is the maximum power for all downlink added together, that is allowed to be used simultaneously in a cell, "Maximum Trans in Ref. 3GPP TS 25.433 [5] |

Figure [7.b.2] Attributes that are present in several Information Object Classes (IOCs)

A mobile node (UE) connected to the E-UTRAN network also has its geographical location, speed and velocity determined with help by the E-UTRAN network through a variety of positioning techniques (See stage 1 description of Location Services (3GPP TS 22.071 V17.0.0, Section 4), and stage 2 description of Location Services (ETSI TS 136 305, Section 4)). Such positioning information including location, speed and velocity represent additional contributions to the UE's geographical current state.

**7.b.1.2 Geographical current State in 5G**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | A mobile node (UE) connected to an gNB in a NR network has its geographical current state corresponding to the gNB it is associated with. This state consists of the same multiple contributory elements discussed in the 4G network above in 7.b.1.1. Additionally, 5G utilizes higher-precision, sophisticated positioning techniques that exploits the NR new air interface and the antenna arrays capabilities of 5G to achieve continuous (very low latency) tracking of MU moving at up to vehicular speed.<br><br>**7.b.2 Mobile node has a corresponding one or more predicted geographical future state:**<br><br>In 4G and 5G networks provided, enabled or used by Accused Handover Products/Services, eNB and gNB maintain what is defined by the 3GPP ETSI LTE standard as Neighbor Relations (3GPP TS 36.300, Section 22: "Support for self-configuration and self-optimisation"). This is done by maintaining a Neighbor Relationship Table (NRT) at each eNB/gNB. The table contains dynamic information showing the most up-to-date data about the eNB/gNB's neighboring cells. The NRT table is not maintained manually given the massive number of eNB/gNB in wireless networks (hundreds of thousands). Rather, NRT is maintained fully automatically by following the standard's Automatic Neighbors Relation (ANR) protocol.<br><br>ANR offers functionality and actions for homogeneous (Intra-LTE, Section 22.3.3) network (for instance all 4G, or all 5G), as well as for heterogeneous networks (Inter Radio Access Technology, or Inter-RAT, Section 22.3.4), for instance when a 4G serving eNB has 5G gNB neighbors, or vice versa). According to the ANR protocol, once the mobile node (UE) is connected to a serving eNB/gNB, (UE is in *RRC_CONNETED state*), it is ordered to report back to it measurements of any neighboring cells it senses that meets minimum measurements criteria provided by the serving eNB/gNB at RRC Connection time. Specifically, the UE receives an *RRC_ConnectionReconfiguration* Command from the serving eNB/gNB with a *MobilityControlInfo* field that specifies the measurements criteria which configures the UE to track the signal for all possible neighboring cells, which are the potential geographical future states for the UE. The *RRC_ConnectionReconfiguration* message and its fields descriptor illustrated in *3GPP TS 36.331 version 8.8.0 Release 8* is shown in Figure [7.b.3] below. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | |

*RRCConnectionReconfiguration* message

```
-- ASN1START

RRCConnectionReconfiguration ::=    SEQUENCE {
    rrc-TransactionIdentifier           RRC-TransactionIdentifier,
    criticalExtensions                  CHOICE {
        c1                                  CHOICE{
            rrcConnectionReconfiguration-r8     RRCConnectionReconfiguration-r8-IEs,
            spare7 NULL,
            spare6 NULL, spare5 NULL, spare4 NULL,
            spare3 NULL, spare2 NULL, spare1 NULL
        },
        criticalExtensionsFuture            SEQUENCE {}
```

*ETSI*

**3GPP TS 36.331 version 8.8.0 Release 8** **89** **ETSI TS 136 331 V8.8.0 (2010-02)**

```
    }
}

RRCConnectionReconfiguration-r8-IEs ::= SEQUENCE {
    measConfig                          MeasConfig                      OPTIONAL,   -- Need ON
    mobilityControlInfo                 MobilityControlInfo             OPTIONAL,   -- Cond HO
    dedicatedInfoNASList                SEQUENCE (SIZE(1..maxDRB)) OF
                                            DedicatedInfoNAS            OPTIONAL,   -- Cond nonHO
    radioResourceConfigDedicated        RadioResourceConfigDedicated    OPTIONAL, -- Cond HO-toEUTRA
    securityConfigHO                    SecurityConfigHO                OPTIONAL,   -- Cond HO
    nonCriticalExtension                SEQUENCE {}                     OPTIONAL    -- Need OP
}

SecurityConfigHO ::=                SEQUENCE {
    handoverType                        CHOICE {
        intraLTE                            SEQUENCE {
            securityAlgorithmConfig             SecurityAlgorithmConfig     OPTIONAL,   -- Need OP
            keyChangeIndicator                  BOOLEAN,
            nextHopChainingCount                NextHopChainingCount
        },
        interRAT                            SEQUENCE {
            securityAlgorithmConfig             SecurityAlgorithmConfig,
            nas-SecurityParamToEUTRA            OCTET STRING (SIZE(6))
        }
    },
    ...
}

-- ASN1STOP
```

***RRCConnectionReconfiguration* field descriptions**

Figure [7.b.3] *RRC_ConnectionReconfiguration* message and its field descriptions

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | The UE periodically reports such neighbors by sending the qualifying measurements along with the corresponding Physical Cell Identifier (PCI). If a PCI is reported by a UE that does not correspond to any of the serving eNBs' defined neighbor cells, the serving eNB/gNB moves to confirm the finding by requesting the UE to retrieve the Global Cell Identity of the cell (ECGI). When the UE reports the ECGI (which is broadcast by the neighboring cell), the serving eNB/gNB adds the neighboring cell into the NRT table and add further details such as the IP address of the neighbor by requesting such information from the Operation and Maintenance (O&M) Center in the EPC network core (this information will enable the serving eNB/gNB to be able to interact with the neighboring eNB/gNB via the X2 interface, if and as needed). The function of the ANR protocol is further illustrated in Figure [7.b.4] below.   Figure [7.b.4] ANR protocol in action. See *LTE Self-Organizing Network* (available at https://lte-son.blogspot.com/2018/10/automatic-neighbour-relation-anr.html). |

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | Figure [7.b.5] below (reproduced from 3GPP TS 25.484, Figure 4.1-1) also shows the interaction between eNB and O&M due to ANR, and the Neighbor Relation Table.  Figure [7.b.5] Interaction between eNB and O&M due to ANR, and the Neighbor Relation Table |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | In conclusion, ANR protocol ensures serving eNB/gNB maintains dynamically updated information about all neighboring cells. Hence, the mobile node (UE) always has a corresponding one or more predicted geographical future states which are the identified and confirmed neighboring cells.<br><br>The Accused Handover Products/Services provide, enable, or use wireless networks that meet this limitation. |
| [7.c] a ghost mobile node associated with the mobile node, | A ghost mobile node is a node, or a virtual node, that can operate on behalf of the mobile node and that is capable of registering with a foreign agent and allocating resources for the mobile node before the mobile node arrives in the physical area covered by the foreign agent. Within eNB is a node or virtual node operates on behalf of a UE (mobile node) by offering, alone or collaboratively with the MME/S-GW, numerous services including registration, connections for data and voice communication, and maintaining many Information Object Classes (IOC) and internal tables pertinent to the UEs. The following non-exhaustive examples show how an eNB acts as an agent on behalf of a mobile node (UE):<br>• It processes initial registration on behalf of a UE at UE power-on.<br>• It processes UE connection requests through the RRC interface and establishes the connection on behalf of the UE by reconfiguring information at the MME/S-GW.<br>• It engages with the MME/S-GW to establish a Foreign Agent on behalf of the UE according to the protocol as specified in IETF RFC 5944 (see ETSI TS 124 304 titled: Mobility management based on Mobile IPv4; User Equipment (UE) - foreign agent interface). Similarly, if Proxy Mobile IP v6 (PMIP) is used, eNB establishes a Mobility Access Gateway (MAG) which is equivalent to a Foreign Agent in functionality (see ETSI TS 129 275, titled: Proxy Mobile IPv6 (PMIPv6) based Mobility and Tunnelling protocols; Stage 3).<br>• It handles UE applications IP traffic routing of User Plane data towards the Serving Gateway.<br>• It handles IP packet header compression and encryption on behalf of the UE.<br>• It configures a connecting UE with network parameters which ensures good quality of service during connection, and which assists in managing and planning future mobility.<br>• It enables the UE to save substantial energy by putting the UE in idle mode (RRC-IDLE) allowing the UE to sleep and wake up periodically to check with the eNB if there is any data or calls to be notified about. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | The ghost mobile node operating within eNB (gNB in 5G) is associated with the mobile node (UE).<br><br>The Accused Handover Products/Services provide, enable, or use wireless networks that meet this limitation. |
| [7.d] wherein the ghost mobile node can announce to a foreign agent identified for each of the geographical future states, the presence of said ghost mobile node for signaling the foreign agent based upon each of one of the predicted future states of the mobile node, | 3GPP TS 36.423 "Evolved Universal Terrestrial Radio Access Network (E-UTRAN); X2 Application Protocol (X2AP)" and 3GPP TS 25.331 "UMTS Radio Resource Control (RRC) Protocol specification" describe handover preparation actions taken by the ghost mobile node. The X2 interface (eNB to eNB) and the S1 interface (eNB to MME/S-GW) perform the preparatory work for the handoff including re-establishing network connection for the UE as it arrives to the target eNB. X2 and S1 interfaces do this through a sequence of messages and actions as demonstrated in Figure [7.d.1] with more detailed messaging sequence in Figures [7.d.2] and [7.d.3], all provided below. These messages and actions announce the presence of the ghost mobile node and the signaling of the Foreign Agent on behalf of the mobile node.<br><br>There are two cases to be handled in handover preparation involving a Foreign Agent.<br><br>1. The first case (case one) is where the Mobility Management Entity (MME) and Serving Gateway (S-GW) <u>are unchanged before and after the handover</u>. In this case, the X2 interface is used to handover a UE from a source eNB to a target eNB. In this case, the X2 handover procedure is performed without Evolved Packet Core (EPC) involvement, and the handover preparation messages are directly exchanged between the source eNB and the target eNB.<br>1.1. Figure [7.d.1] shows the <u>Before Handover</u> step (Step 1) where a UE is communicating user packet data through a Foreign Agent (FA). An FA is a mobility agent that supports the seamless IP communication of the mobile node even in presence of handover events. The term FA originated in the Mobile IP protocol of which a version has been used in 3G UMTS networks. Mobile IP evolved into a variant protocol called the Proxy Mobile IP v6 protocol or PMIP for short (see ETSI Technical Specifications TS 129 275, titled: Proxy Mobile IPv6 (PMIPv6) based Mobility and Tunnelling protocols; Stage 3). In PMIP, the Foreign Agent in the visited network is called the Mobility Access Gateway (or MAG for short). MAG and FA can be used interchangeably. Also, the Home Agent (HA) in PMIP is called the Local Mobility Anchor or LMA for short. LMA and HA can be used interchangeably. The outbound IP traffic from the UE |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | first goes through its source eNB as a first hub utilizing radio network access, and then through its FA (the MAG which is located/hosted in the serving gateway (S-GW)), which is connected through a tunnel to its HA (its LMA located/hosted at the packet data network (PDN) Gateway (P-GW), and finally out of the tunnel into the destination (known as correspondent node or CN). The reverse direction of traffic is similar in which a CN sending IP traffic to the UE will reach the LMA as the LMA owns the Network Prefix which includes the IP address of the UE. Once IP packets destined to the UE are received by the LMA, the LMA finds the MAG care-of-address and send the IP packets to the MAG at its address through the tunnel. Once received by the MAG, the MAG detunnels the packets and sends them to the UE. ETSI TS 124 304, titled "Mobility management based on Mobile IPv4; User Equipment (UE) - foreign agent interface" describes the UE – Mobile IPv4 Foreign Agent (FA) interface, and shows the details of Foreign Agent discovery, obtaining a Foreign Agent Care-of-Address, the registration process which involves updating the mobile node's Home Agent. To sum up, before handover, the UE is connected to its FA (MAG) located in the S-GW, which is connected via a tunnel to its HA (LMA) which is located in the P-GW.<br>1.2. Figure [7.d.1] shows the Handover Preparation step (Step 2), which involves a determination by the source eNB based on measurements reports sent by the UE that handoff to a neighboring eNB is needed. The source eNB messages the prospective target eNB and requests handover. If granted, the source eNB now makes the decision to prepare for the handover. The preparation involves creating a tunnel with the target eNB to forward downlink traffic (DL) so that the UE does not lose any packets during the transition (to maintain its network session). Once the UE hands over to the new eNB, it immediately signals the FA by registering with the MAG in the S-GW, which in turn forwards the registration request to the Home Agent (LMA). The LMA then allocates a unique identifier (Home Network Prefix or HNP) to the MN and establishes a binding between the MN's IP address and the HNP. From this point on, any traffic destined for MN is forwarded to the LMA, which encapsulates the packets and forwards them to the MAG through the LMA-MAG tunnel. These preparatory steps for Handover are shown at more depth in Figures [7.d.2] and [7.d.3]. In this case (case one), to prepare for handover from an IP mobility point of |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | view, by signaling the MAG in the S-GW (which in turn signals the LMA in the P-GW), the ghost mobile node announces its presence and signals the FA in this geographical future state.<br>2. The second case (case two) is where the Mobility Management Entity (MME) and Serving Gateway (S-GW) are in fact changed after the handover, or when direct connection between the source eNB and the target eNB is not available, among other reasons. In this case, the S1 interface is used to hand over a UE from a source eNB to a target eNB. In this case, the S1 handover procedure is performed with the Evolved Packet Core (EPC) involvement. Specifically, the new S-GW which the UE will connect through after handover to the target eNB must be able to establish a new tunnel between a new MAG established at the new S-GW, and the Home Agent for the UE (the LMA) in the P-GW. This effectively establishes a new FA (the new MAG) and updates its care-of-Address at the Home Agent (the LMA in the P-GW). The process of establishing a new FA and updating the HA's care-of-address is triggered when the UE, after connecting to the target eNB, registers with the new MAG. ETSI TS 124 304 "Mobility management based on Mobile IPv4; User Equipment (UE) - foreign agent interface" and The Internet Engineering Task Force (IETF) RFC6459 "IPv6 in 3rd Generation Partnership Project (3GPP) - Evolved Packet System (EPS)" describe how the connection to PDN is reestablished through 3GPP Evolved Packet System which involves the eNB, the MME including the S-GW. In this case (case two), by registering with the new MAG at the S-GW, the ghost mobile node announces its presence and signals the need for establishing a new FA in this geographical future state (the target eNB) through the S-GW and P-GW to maintain IP connectivity as the handover event is completed. |

U.S. Patent No. 7,697,508 ("508 Patent")

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | <br>Figure [7.d.1] Handover Using the X2 Interface. Handover Preparation is the second step. |

U.S. Patent No. 7,697,508 ("508 Patent")

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | <br>Figure [7.d.2] A zoom-in on Handover Preparation Using the X2 Interface, when the MME and S-GW are unchanged. |

| <u>**'508 Patent Claim**</u> | <u>**Accused Handover Products/Services**</u> |
|---|---|
| |  |

| **'508 Patent Claim** | **Accused Handover Products/Services** |
| --- | --- |
| | Figure [7.d.3] Detailed messaging of the Handover Using the X2 Interface. Handover Preparation is Yellow labeled. |
| [7.e] wherein the ghost mobile node is configured to predict the future state based upon Global Positioning System (GPS) data obtained from a GPS unit communicatively linked to the mobile node, | The ghost mobile node through the Automatic Neighbor Relationship (ANR) protocol described in [7.b] is configured to predict future states which are the neighboring eNB's as it maintains a Neighbor Relationship Table. Details of ANE were presented in [7.b]. Each eNB maintains information about itself (current state) and other eNB (future states). Among this information is the latitude and longitude of the eNB's antenna, which are obtained using any Global Navigational Satellite System (GNSS) - namely the GPS system in the US. See 3GPP TS32.642 V9.1 (Section 6.5) and Figure [7.b.2] above.<br><br>Other information about future states includes Public Land Mobile Network identifier (PLMN), Mobile Country Code (MCC), and Mobile Network Code (MNC). Also, Tracking Areas which contain multiple coverage cells have codes (TAC) and the combined use of TAC, MCC and MNC, composes Tracking Area Identifiers or TAI, which are uniquely mapped to geographical coordinates.<br><br>UE positioning by the ghost mobile node, by the UE itself, or both, enables location-based services and optimizes 5G operation under the vehicle-to-everything (V2X) protocol which requires high precision tracking (localization and positioning) of vehicular mobility to ultimately support autonomous vehicles. See ETSI TS 123 287 V16.4.0, titled: "5G; Architecture enhancements for 5G System (5GS) to support Vehicle-to-Everything (V2X) services (3GPP TS 23.287 version 16.4.0 Release 16)."<br><br>The Accused Handover Products/Services provide, enable, or use wireless networks that meet this limitation. |
| [7.f] wherein the ghost-mobile node is remote from the mobile node, | The ghost mobile node resides in eNB (for 4G) or gNB (for 5G). Therefore, the ghost-mobile node in either case is remote from the mobile node.<br><br>The Accused Handover Products/Services provide, enable, or use wireless networks that meet this limitation. |
| [7.g] wherein each of the predicted future | As discussed in [7.d], future states are covered by two cases: the first is where the Mobility Management Entity (MME) and Serving Gateway (S-GW) are unchanged before and after the handover from source eNB to target eNB, and the second is where the MME and S-SGW are changed after the handover, or when direct connection |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| states comprises a geographic region that includes the foreign agent, and | between the source eNB and the target eNB is not available, among other reasons. As shown, Proxy Mobile IP v6 (PMIP) is utilized and a Foreign Agent (MAG) is signaled and connected to in both cases (see [7.d]). Hence, each of the predicted future states comprises a geographic region (the physical location of the target eNB and associated MME, S-GW, and P-GW) that includes the Foreign Agent. |
| [7.h] wherein the mobile node establishes another ghost mobile node in the geographic region based at least in part on the GPS data. | Once the UE physically moves to the target eNB cell and connects using the RRC protocol, the target eNB becomes the new serving eNB for the UE. Using the same analysis in [7.c], the newly established serving eNB and the associated MME and S-GW become the new ghost mobile node for the UE (mobile node) that can operate on behalf of the mobile node as demonstrated by the numerous examples listed in [7.c].<br><br>The Neighbor Relation Table (NRT) maintained by the "previous" source eNB includes entries for neighboring eNBs including the newly established source eNB. Location data of the newly established eNB include its eNB ID, its Cell ID, its Tracking Area ID, and additionally, through the eNB, the latitude and longitude of its antenna as shown in Figure [7.b.2].<br><br>The Accused Handover Products/Services provide, enable, or use wireless networks that meet this limitation. |
| 14. A computer-implemented method for handling mobile devices in a wire communications network, the method comprising the computer- | The Accused Handover Products/Services provide, enable, or use computing capabilities that enable the implementation of a method for handling mobile devices in a wireless network. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| executable steps of: | |
| [14.a] identifying a mobile node communicatively linked to the wireless communications network; | Mobile node User Equipment (UE) is communicatively linked, including by connecting through Radio Access Technologies (RAT), to 4G and 5G wireless networks provided, enabled or used by Accused Handover Products/Services. Internet-of-Thing devices and connected vehicles are also communicatively linked to such wireless networks. Through the standardized "cell selection and cell reselection procedure", a UE determines the best eNB/gNB to connect to. Then through the "random access procedure", the UE initiates the connection process by transmitting a random-access preamble, which is a short and predefined signal. The random-access preamble contains information that helps the eNB/gNB identify and differentiate the UE from other UEs attempting to connect simultaneously. Once the UE is identified by the eNB/gNB, further information about the UE is identified by the the eNB through the RRC Connection Establishment procedure.<br><br>The Accused Handover Products/Services provide, enable, or use wireless networks to perform this step. |
| [14.b] determining a geographical current state of the mobile node; | As established in [7.b], a mobile node (UE) connects to an eNB in the E-UTRAN network and has its geographical current state corresponding to the eNB with which it is associated. This eNB is known as the serving eNB. This state consists of multiple contributory elements as discussed in [7.b] including the eNB ID, the ID of the Tracking Area in which the eNB is located, the specific Cell ID where the mobile node is, and the latitude and longitude of the serving eNB.<br><br>If the geographical current state is the first state for the mobile node (that is, the initial cell it connects to after power-on), the current state is determined by searching for a cell, synchronizing radio communication frame timing with the cell using two signals (primary synchronization signal or PSS and secondary synchronization signal (SSS). Once frame timing is synchronized, the cell information block (known as the Master Information Block or MIB) is sent by the eNB Radio and received by the UE. MIB provides key information for the eNB/gNB, which represents the current geographical state of the mobile node (UE). This includes Cell Identity (CI) or Cell ID, Downlink and Uplink Frequency, Physical Cell ID, in addition to Cell-specific parameters, such as the maximum transmission power, system bandwidth, modulation scheme, and coding scheme used by the serving eNB/gNB. The same synchronization procedure takes place if the geographical current state has just been arrived to by the UE in executing a handover event. In this case the arriving UE must synchronize radio frames and obtains the MIB as well. |

| **‘508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | Once Radio frames and synchronized, and the MIB is received, the UE and the eNB embark on exchanging Radio Control messages (RRC messages) to establish connection. Examples of these messages include connection request, connection setup, and confirmation that connection is complete, in addition to several other messages. The computer-executable steps of these three example messages are shown below in Figure [14.a.1].<br>```UL-CCCH-Message```<br>```  rrcConnectionRequest```<br>```      UL-CCCH-Message =```<br>```          message = c1 = rrcConnectionRequest =```<br>```              criticalExtensions = rrcConnectionRequest-r8 =```<br>```                  ue-Identity = s-TMSI =```<br>```                      mmec = 00000001```<br>```                      m-TMSI = 00010010001101000101011001111000```<br>```                  establishmentCause = mo-Signalling```<br>```                  spare = 0``` |

U.S. Patent No. 7,697,508 (“508 Patent”)

```
DL-CCCH-Message
  rrcConnectionSetup
    rrcConnectionSetup[0]DL-CCCH-Message =
      message = c1 = rrcConnectionSetup =
        rrc-TransactionIdentifier = 0
        criticalExtensions = c1 = rrcConnectionSetup-r8 =
          radioResourceConfigDedicated =
            srb-ToAddModList = SEQUENCE OF SRB-ToAddMod
              SRB-ToAddMod(1) =
                srb-Identity = 1
                rlc-Config = defaultValue = NULL
                logicalChannelConfig = defaultValue = NULL
            mac-MainConfig = explicitValue =
              ul-SCH-Config =
                maxHARQ-Tx = n5
                periodicBSR-Timer = sf20
                retxBSR-Timer = sf320
                ttiBundling = FALSE
              drx-Config = release = NULL
              timeAlignmentTimerDedicated = sf750
              phr-Config = setup =
                periodicPHR-Timer = sf500
                prohibitPHR-Timer = sf200
                dl-PathlossChange = dB3
            physicalConfigDedicated =
              pdsch-ConfigDedicated =
                p-a = dB0
              pucch-ConfigDedicated =
                ackNackRepetition = release = NULL
              pusch-ConfigDedicated =
                betaOffset-ACK-Index = 9
                betaOffset-RI-Index = 6
                betaOffset-CQI-Index = 6
              uplinkPowerControlDedicated =
                p0-UE-PUSCH = 0
                deltaMCS-Enabled = en0
                accumulationEnabled = TRUE
                p0-UE-PUCCH = 0
                pSRS-Offset = 3
                filterCoefficient = fc4
              cqi-ReportConfig =
                cqi-ReportModeAperiodic = rm30
                nomPDSCH-RS-EPRE-Offset = 0
              antennaInfo = defaultValue = NULL
              schedulingRequestConfig = setup =
                sr-PUCCH-ResourceIndex = 20
                sr-ConfigIndex = 30
                dsr-TransMax = n4
```



| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |  <br>Figure [14.a.1] Three different RRC messages to establish and setup UE connection to the wireless LTE network.<br>The Accused Handover Products/Services provide, enable, or use wireless networks to perform this step. |
| [14.c] predicting one or more geographical future states of the mobile node, based upon Global Positioning System (GPS) data obtained from a GPS unit communicatively linked to the mobile node; | See [7.e].<br>The Accused Handover Products/Services provide, enable, or use wireless networks to perform this step. |
| [14.d] identifying at least one foreign agent for each of said | By preparing and executing handover into a future geographical state while maintaining the UE application sessions, a Foreign Agent (FA/MAG) must be established correctly in the future geographical state and dedicated to the UE. As discussed in [7.d] the ghost mobile node, within the target eNB, the S-GW and the P-GW, establish the FA/MAG by signaling the new S-GW the need to re-establish connection to the P-GW. If the S-GW in the geographical future state is different from the S-GW in the current state, a new FA in this |

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| geographical future states; | geographical future state needs to be established and connected to the P-GW or hosted by the P-GW. In this case, the care-of-address of the FA/MAG is configured to point to the target eNB, and the Home Agent of the UE is notified about the newly established FA/MAG. If the S-GW is not changed by the handover, the same existing FA/MAG is in place and already established. In both cases, identifying at least one foreign agent for each of said geographical future state is satisfied. Details of establishing a FA/MAG can be found in [7.d] and also in IPv6 in 3rd Generation Partnership Project (3GPP) - Evolved Packet System (EPS) and the Proxy Mobile IP v6 protocol specifications.<br><br>The Accused Handover Products/Services provide, enable, or use wireless networks to perform this step. |
| [14.e] creating at least one ghost foreign agent for each of said foreign agents, wherein said ghost foreign agent can announce to said mobile node or said ghost mobile node associated with the mobile node, the presence of said ghost foreign agent; | As discussed in [7.d] the S-GW and the P-GW are two elements in the Proxy Mobile IP v6 protocol. See Figure [14.e.1]. As the mobile node (UE) registers with the new MAG at the S-GW, the registration is forwarded to the home agent HA/LMA at the P-GW to re-establish connectivity by assigning a network prefix to the mobile node and adding a binding linking the assigned network prefix to the mobile node identity. The S-GW/P-GW pair and their MAG-LMA (FA-HA) tunnel are a ghost foreign agent that announces the presence of the FA in terms of the network prefix assigned to the mobile node and signaled through a router advertisement to the UE. Figures [14.e.1] and [14.e.2] provides a graphical depiction of the above-mentioned details. |

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | <br><br>Figure [14.e.1] LMA (P-GW) and MAG (S-GW) signaling the Mobile Node with the new network prefix for the Mobile Node. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | <br>**6. MN domain join sequence (2/2)**<br>1. Attaching:<br>MN1 attaches to the MAG through a point-to-point link and establishes the link layer.<br>Any access technology is possible provided that it emulates a point-to-point behavior (e.g. PPP, PPPoE).<br>2. Identification:<br>MAG1 authenticates MN1 based on its link layer address (e.g. MAC address) and ascertains what MN1 is permitted to do (authorization). The authorization step may use existing services like LDAP or RADIUS.<br>3. Router solicitation:<br>MN1 sends a router solicitation to obtain an IPv6 prefix. MAG1 will not send a router advertisement until it obtained a prefix for MN1 from the LMA (step 6, PBA).<br>4. Proxy binding update (PBU):<br>MAG1 sends a proxy binding update to the LMA. This PBU associates the MAG1 address with the identity of the MN.<br>5. Allocate prefix, update BC:<br>The LMA allocates a prefix for MN1 (Home Network Prefix). The LMA creates an entry in its BC. The entry contains the MN1 ID (MN-ID-1), the address MAG1 of the proxy MAG (proxy-CoA) as well as the prefix assigned to MN1.<br>6. Proxy binding ack (PBA):<br>The LMA sends a PBA back to MAG1. The PBA contains the information of the BPC entry created in step 5.<br>7. Tunnel setup:<br>The LMA and MAG1 establish a bidirectional IPv6-in-IPv6 tunnel that is used for tunneling packets to and from MN1. The LMA sets a route through the tunnel for traffic that is addressed to the MN.<br>8. Router advertisement:<br>MAG1 sends a router advertisement with the assigned prefix to MN1. MN1 will assign the prefix through stateless autoconfiguration. Stateful autoconfiguration would be possible as well (outside of scope of PMIPv6). MN1 creates a routing table entry for the prefix<br><br>Figure [14.e.2] Signaling the MN with an assigned network prefix after the MN attaches to a new MAG.<br><br>The Accused Handover Products/Services provide, enable, or use wireless networks to perform this step. |
| [14.f] while the mobile node remains in the geographical current state, registering said ghost mobile node or mobile node with the | After entering the *RRC_CONNECTED* state, the mobile node while in the geographical current state registers through the eNB /gNBwith the Foreign Agent (the MAG at the S-GW) and its Home Agent (the LMA at the P-GW), getting an assigned network prefix for the mobile node, and setting the care-of-address of its FA (MAG) in the MU's Home Agent's Binding Cache Table. Each entry in the table binds the mobile node (via its MN-ID) to the MAG Care-of-Address, to the assigned MN Network Prefix. In doing so, the mobile node is registered with the associated ghost foreign agent presented in the S-GW, the P-GW and the MAG-LMA tunnel.<br><br>The Accused Handover Products/Services provide, enable or use wireless networks to perform this step. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| associated ghost foreign agent or foreign agent; and | |
| [14.g] linking the mobile node with a foreign agent associated with at least one of said ghost foreign agents when the mobile node enters a respective geographical future state associated with said foreign agent. | Once the UE hands over to a target eNB/gNB (enters a respective geographical future state associated with said foreign agent), and as a result of the registration discussed in [14.f], the mobile node becomes linked with the Foreign Agent (MAG).<br>The Accused Handover Products/Services provide, enable, or use wireless networks to perform this step. |