# EXHIBIT 4

**U.S. Patent No. 8,213,417 ("417 Patent")**

| **'417 Patent Claim** | **Accused Handover Products/Services** |
| --- | --- |
| 3. The system of claim 1, | Dependent claim depending from Claim 1, the elements of which are discussed below. |
| [1. Preamble] A system for communicating between a mobile node and a communication network; the network having at least one communications network node that is interconnected using a proxy mobile internet protocol (IP), comprising: | Defendant makes, uses, sells, offers for sale, or imports, induces others to make, use, sell, offer to sell, or import, and/or contributes to others' making, using, selling, offering to sell, or importing wireless products and services that provide, enable, use or contribute to the providing, enabling or use of a wireless communications network that enables mobility through network handover, including at least Cisco's 4G LTE Advanced Pro Solutions products and services, Cisco's LTE Routers including Cisco's 880G, 890G, Branch Routers and SD-WAN appliances, Cisco's 5G Network Architecture products and services, Cisco's Cloud Core and Packet Core products and services for 5G and 4G, Cisco Network Convergence System (NCS) 500 Series products and services, and Cisco's Private 5G service, including the products and services described on Defendant's website as shown below. |

**U.S. Patent No. 8,213,417 ("417 Patent")**

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | <br>See https://www.cisco.com/c/en/us/solutions/enterprise-networks/4g-lte-solutions/index.html. |

**U.S. Patent No. 8,213,417 ("417 Patent")**

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | <br>Contact Partners Log in EN US<br>Products and Services Solutions Support Learn Trials and demos Search<br>Products & Services / Routers / Branch Routers / Data Sheets /<br>Cisco 880G and 890G Series 4G LTE 2.0 Integrated Services Routers - Data Sheet<br>Save Translations Download Print<br>Updated: October 22, 2018 Document ID: ac776356-740a-471e-800f-440f312beeda<br>Bias-Free Language<br>The Cisco® 880G and 890G Series 4G LTE 2.0 Integrated Services Routers with Cisco IOS® Software offer support for integrated fourth-generation (4G LTE) wireless WAN (mobile broadband backhaul), WLAN capabilities (C897VAGW Model) and cutting-edge capabilities. The Cisco 880G and 890G Series ISRs provide a rapidly deployable, highly available, reliable, and secure solution designed to combine Internet access, comprehensive security, and wireless services in a single device that is easy to deploy and manage for primary or backup connectivity (Figure 1). Customers that would benefit from these routers include small businesses, remote small or medium-sized or power branches, financial services firms, healthcare organizations, pop-up stores, point-of-sale systems, and retail businesses. Fully integrated with Cisco IOS Software, the Cisco 880G and 890G routers deliver enterprise-class features, including highly secure data, voice, and video communications to stationary and mobile network nodes across wired and wireless links. The best-in-class Cisco 880G and 890G Series architecture is specifically designed to deliver high performance with concurrent services, business continuity, and investment protection. The Cisco 880G and 890G 4G LTE 2.0 series are the industry leader to bring enterprise grade wireline like functionality such as Quality of Service (QoS) for cellular, Multi-Virtual Route Forwarding (Multi-VRF), advanced VPN, and Unified Communications solutions over LTE.<br>Contact Cisco<br>Chat with Sales<br>Get a call from Sales<br>Call Sales:<br>1-800-553-6387<br>US/CAN \| 5am-5pm PT<br>Product / Technical Support<br>Training & Certification<br>Customers Also Viewed<br>Cisco 1000 Series Integrated Services Routers Data Sheet<br><br>See https://www.cisco.com/c/en/us/products/collateral/routers/800-series-routers/datasheet_c78-732744.html. |

**U.S. Patent No. 8,213,417 ("417 Patent")**

| **'417 Patent Claim** | **Accused Handover Products/Services** |
| --- | --- |
| |  |

| **'417 Patent Claim** | **Accused Handover Products/Services** |
| --- | --- |
| | Networking anywhere: Flexible, powerful, secure<br><br>Stay ahead of the rapidly evolving demands on your network with WAN appliances designed for remote branches and edge sites of all sizes.<br><br>Superior experience<br>Boost productivity with optimized cloud and on-premises application performance, intelligent connectivity, and rich on-demand network services at scale.<br><br>Industry-leading protection<br>Secure your network with integrated next-generation firewall, content filtering, Advanced Malware Protection (AMP), and IDS/IPS, all powered by Cisco Talos.<br><br>Simplified management<br>Maximize control and visibility on-premises or in the cloud. Simplify and centralize your IT experience with zero-touch provisioning, comprehensive monitoring, and intuitive workflows.<br><br>Advanced connectivity<br>Enhance connectivity and improve your backup capacity more easily with 5G, LTE, Wi-Fi, and modular LAN. |

**U.S. Patent No. 8,213,417 ("417 Patent")**

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | <br># Security and SD-WAN appliances for your branch office<br>Explore secure multicloud connectivity for organizations of all sizes and across all industries.<br>**Small branch**<br>Medium branch<br>Large branch<br>Catalyst 8200L-1N-4T<br>Modular enterprise router for small branches with cloud-based or NGFW on-premises security requirements.<br>Explore Catalyst 8200 Series ><br>Cisco 900 Series Integrated Services Routers<br>Compact platform combines WAN, switching, security, and advanced routing for small and home offices.<br>Explore 900 Series ISRs ><br>Meraki MX67W<br>Small-branch appliance with integrated Wi-Fi for up to 50 users.<br>Explore Meraki MX67W ><br>Meraki MX68CW<br>Small-branch appliance with integrated Wi-Fi and LTE for up to 50 users.<br>Explore Meraki MX68CW ><br>Meraki MX75<br>Flagship security and SD-WAN appliance and a SASE building block for up to 200 users.<br>Explore Meraki MX75 > |

U.S. Patent No. 8,213,417 ("417 Patent")

| '417 Patent Claim | Accused Handover Products/Services |
|---|---|
| |  |

**U.S. Patent No. 8,213,417 ("417 Patent")**

<table>
<tr><th><u>'417 Patent Claim</u></th><th><u>Accused Handover Products/Services</u></th></tr>
<tr><td></td><td>


Security and SD-WAN appliances for your branch office

Explore secure multicloud connectivity for organizations of all sizes and across all industries.

Small branch<br>
Medium branch<br>
Large branch

Catalyst 8300-1N1S-4T2X<br>
Cisco Catalyst SD-WAN capable, 5G/LTE-ready 1RU modular enterprise branch with up to 12 Gbps IP throughput.<br>
Explore Catalyst 8300 Series >

Catalyst 8300-2N2S-4T2X<br>
Cisco Catalyst SD-WAN capable, 5G/LTE-ready 2RU modular enterprise branch with up to 12 Gbps IP throughput.<br>
Explore Catalyst 8300 Series >

Cisco 4000 Series Integrated Services Routers<br>
Provides routing, hosting, security, switching, and application visibility in a converged platform capable of up to 10 Gbps of IP throughput.<br>
Explore 4000 Series ISRs >

Meraki MX105<br>
SASE building block for branches with up to 750 users.<br>
Explore Meraki MX105 >

Meraki MX250<br>
Campus or VPN concentrator with up to 2000 users.<br>
Explore Meraki MX250 >

Meraki MX450<br>
Campus or VPN concentrator with up to 10,000 users.<br>
Explore Meraki MX450 >

See https://www.cisco.com/site/us/en/products/networking/sdwan-routers/branch-routers/index.html.
</td></tr>
</table>

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |   |

**U.S. Patent No. 8,213,417 ("417 Patent")**

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |  |

**U.S. Patent No. 8,213,417 ("417 Patent")**

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |  |

U.S. Patent No. 8,213,417 ("417 Patent")

| '417 Patent Claim | Accused Handover Products/Services |
|---|---|
| |  |

U.S. Patent No. 8,213,417 (“417 Patent”)

| **‘417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | <br><br><br>See https://www.cisco.com/c/en/us/solutions/service-provider/5g-network-architecture.html. |

**U.S. Patent No. 8,213,417 ("417 Patent")**

| **‘417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | <br>See https://www.cisco.com/c/en/us/products/wireless/packet-core/index.html. |

| **‘417 Patent Claim** | **Accused Handover Products/Services** |
| --- | --- |
| |  |

| **‘417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | <br>See https://www.cisco.com/c/en/us/products/routers/network-convergence-system-500-series-routers/index.html. |

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | <br><br>See https://www.cisco.com/c/en/us/products/wireless/private-5g/index.html.<br><br>Defendant's infringement includes making and using Accused Handover Products/Services for, amongst other reasons, research and development, as well as offering to sell and selling Accused Handover Products/Services to third parties, including those that provide or seek to provide wireless communications network services to consumers. Defendant also induces and contributes to the infringement of the patent by others. |

| '417 Patent Claim | Accused Handover Products/Services |
|---|---|
| | A wireless communications network that enables mobility through network handover has a plurality of wireless nodes, including mobile nodes and ghost mobile nodes. To provide or perform network handover, a mobile node communicating with a wireless communications network becomes part of a wireless node pair.<br><br>Long-term evolution (LTE) is a standard for wireless communication networks for mobile devices and data terminals, based on the GSM/EDGE and UMTS/HSPA standards. It is defined by the Third Generation Partnership Project (3GPP). The Accused Handover Products/Services provide, enable or use LTE wireless communication networks as a 4th Generation (4G) technology that comply with 3GPP Standards including those for network handover.<br><br>The air interface in LTE/5G from the base station side is known as the Evolved-Universal Terrestrial Radio Access Network (E-UTRAN). The air interface from the mobile devices side is known as the Evolved-Universal Terrestrial Radio Access (E-UTRA). The architecture of E-UTRAN is shown in Figure [3.1-preamble] below. |

| **‘417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |  <br>Figure [3.1-preamble.1] Overall Architecture (3GPP ETSI TS136.300, Section 4, Fig4-1). |

| **‘417 Patent Claim** | **Accused Handover Products/Services** |
| --- | --- |
| | As described in 3GPP ETSI TS136.300, Section 4:<br><br>> The E-UTRAN consists of eNBs, providing the E-UTRA user plane (PDCP/RLC/MAC/PHY) and control plane (RRC) protocol terminations towards the UE. The eNBs are interconnected with each other by means of the X2 interface. The eNBs are also connected by means of the S1 interface to the EPC (Evolved Packet Core), more specifically to the MME (Mobility Management Entity) by means of the S1-MME interface and to the Serving Gateway (S-GW) by means of the S1-U interface. The S1 interface supports a many-to-many relation between MMEs / Serving Gateways and eNBs.<br><br>User Equipment (UE) is a mobile node that communicates in the LTE network through the E-UTRA air interface to the E-UTRAN through one of the eNBs (eNodeBs) base stations. The 3GPP ETSI TS 136.331 specifications describe the Radio Resource Control (RRC) protocol for the radio interface between UE and E-UTRAN.<br><br>LTE networks provided, enabled or used by Accused Handover Products/Services interoperate with 4G networks. The above description applies to 5G networks. Inter-RAT (3GPP ETSI TS 138.133, Section 6.1.2) or inter Radio Access Technology governs the interoperability of the two networks (4G and 5G) by facilitating hand-over from one network to the other. A 4G- and 5G-capable UE connected to a 5G base station (known as gNodeB or gNB) through NR air interface may reestablish connection to a 4G base station (eNB) through E-UTRAN air interface (3GPP ETSI TS 138.133, Section 6.1.2.1.1). This is done through RRC (*RRCConnectionReconfiguration* message and *RRCConnectionReestablishment* request reply).<br><br>Hence, a wireless network provided, enabled, or used by Accused Handover Products/Services is "A system for communicating between a mobile node" (UE) "and a communication network" (LTE and 5G networks).<br><br>Proxy Mobile IP v6 protocol or PMIP for short (see ETSI Technical Specifications TS 129 275, "Proxy Mobile IPv6 (PMIPv6) based Mobility and Tunnelling protocols; Stage 3") is used in LTE and 5G networks as required by the ETSI TS 129 275 document.<br><br>Hence, a wireless network provided, enabled or used by Accused Handover Products/Services utilizes a "proxy mobile internet protocol (IP) protocol," the PMIPv6. Therefore, a wireless network provided, enabled or used by |

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | Accused Handover Products/Services is a "network having at least one communications network node that is interconnected using a proxy mobile internet protocol (IP)."<br><br>The Accused Handover Products/Services provide, enable or use wireless networks that meet this limitation. |
| [1.a] at least one mobile node; | A wireless network provided, enabled or used by Accused Handover Products/Services is comprised of a large number of user equipment (UE) mobile nodes. |
| [1.b] at least one home agent; | The Proxy Mobile IP protocol (PMIP) used in a wireless network provided, enabled or used by Accused Handover Products/Services implements a standard architecture that requires a Home Agent (HA) known as the Local Mobility Anchor (LMA). It also requires a Foreign Agent (FA) known as the Mobility Access Gateway (MAG). The HA (LMA) is located/hosted at the packet data network (PDN) Gateway also known as (P-GW). The FA (MAG) is located/hosted in the serving gateway (S-GW). Figure [1.b.1] shows how a Mobile Node (MN) communicates with a Correspondent Node (CN) through tunnels dynamically established by FA's and a HA.<br><br>Proxy Mobile IP v6 protocol (PMIPv6) evolved from the Mobile IP v6 protocol (MIPv6) by relocating relevant functions for mobility management from the mobile node (MN) to the MAG. This way the Mobile Node does not have to have special mobile networking code. The two main entities used for managing mobility in MIPv6 are Foreign Agent and Home Agent. Their names changed in PMIPv6 into MAG and LMA but they play the same role in enabling mobile IP –based networking. |

| '417 Patent Claim | Accused Handover Products/Services |
|---|---|
| |   Figure [1.b.1] Proxy Mobile IP v6 architecture showing IP connections/tunnels utilizing two FAs and one HA during handoff. |

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | Hence, a wireless network provided, enabled or used by Accused Handover Products/Services is comprised of "at least one Home Agent" known as the Local Mobility Agent or LMA.<br><br>The Accused Handover Products/Services provide, enable or use wireless networks that meet this limitation. |
| [1. c] at least one foreign agent; | As discussed in [1.b], a wireless network provided, enabled or used by Accused Handover Products/Services is comprised of "at least one foreign agent" known as the Mobility Access Gateway or MAG. Figure [1.b.1] above shows how FA's are established at the S-GW as a Mobile Node moves in the network and hands over between two eNB's.<br><br>The Accused Handover Products/Services provide, enable or use wireless networks that meet this limitation. |
| [1. d] a ghost-foreign agent that advertises messages to one of the mobile nodes indicating presence of the ghost-foreign agent on behalf of one of the foreign agents when the mobile node is located in a geographical area where the foreign agent is not physically present; and | A ghost-foreign agent is a virtual node corresponding to a foreign agent that can make a mobile node aware of the corresponding foreign agent's presence in a communication network proximate to the predicted future location of the mobile node.<br><br>In 4G and 5G wireless networks provided, enabled or used by Accused Handover Products/Services, eNB and gNB maintain what is defined by the 3GPP ETSI LTE standard as Neighbor Relations (3GPP TS 36.300, Section 22: "Support for self-configuration and self-optimisation"). This is done by maintaining a Neighbor Relationship Table (NRT) at each eNB/gNB. The table contains dynamic information showing the most up-to-date data about the eNB/gNB's neighboring cells. The NRT table is not maintained manually given the massive number of eNB/gNB in a wireless network provided, enabled or used by Accused Handover Products/Services (hundreds of thousands). Rather, NRT is maintained fully automatically by following the standard's Automatic Neighbors Relation (ANR) protocol.<br><br>ANR offers functionality and actions for homogeneous (Intra-LTE, Section 22.3.3) network (for instance all 4G, or all 5G), as well as for heterogeneous networks (Inter Radio Access Technology, or Inter-RAT, Section 22.3.4), for instance when a 4G serving eNB has 5G gNB neighbors, or vice versa). According to the ANR protocol, once the mobile node (UE) is connected to a serving eNB/gNB, (UE is in *RRC_CONNETED state*), it is ordered to report back to it measurements of any neighboring cells it senses that meets minimum measurements criteria provided by the serving eNB/gNB at RRC Connection time. Specifically, the UE receives an *RRC_ConnectionReconfiguration* Command from the serving eNB/gNB with a *MobilityControlInfo* field that specifies the measurements criteria which configures the UE to track the signal for all possible neighboring cells, |

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | which are the potential geographical future states for the UE. The *RRC_ConnectionReconfiguration* message and its fields descriptor illustrated in *3GPP TS 36.331 version 8.8.0 Release 8* is shown in Figure [1.d.1] below. |

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | (see below) |

*RRCConnectionReconfiguration* message

```
-- ASN1START

RRCConnectionReconfiguration ::=    SEQUENCE {
    rrc-TransactionIdentifier           RRC-TransactionIdentifier,
    criticalExtensions                  CHOICE {
        c1                                  CHOICE{
            rrcConnectionReconfiguration-r8     RRCConnectionReconfiguration-r8-IEs,
            spare7 NULL,
            spare6 NULL, spare5 NULL, spare4 NULL,
            spare3 NULL, spare2 NULL, spare1 NULL
        },
        criticalExtensionsFuture            SEQUENCE {}
```

*ETSI*

**3GPP TS 36.331 version 8.8.0 Release 8** **89** **ETSI TS 136 331 V8.8.0 (2010-02)**

```
    }
}

RRCConnectionReconfiguration-r8-IEs ::= SEQUENCE {
    measConfig                          MeasConfig                      OPTIONAL,   -- Need ON
    mobilityControlInfo                 MobilityControlInfo             OPTIONAL,   -- Cond HO
    dedicatedInfoNASList                SEQUENCE (SIZE(1..maxDRB)) OF
                                            DedicatedInfoNAS            OPTIONAL,   -- Cond nonHO
    radioResourceConfigDedicated        RadioResourceConfigDedicated    OPTIONAL,  -- Cond HO-toEUTRA
    securityConfigHO                    SecurityConfigHO                OPTIONAL,   -- Cond HO
    nonCriticalExtension                SEQUENCE {}                     OPTIONAL    -- Need OP
}

SecurityConfigHO ::=                SEQUENCE {
    handoverType                        CHOICE {
        intraLTE                            SEQUENCE {
            securityAlgorithmConfig             SecurityAlgorithmConfig     OPTIONAL,   -- Need OP
            keyChangeIndicator                  BOOLEAN,
            nextHopChainingCount                NextHopChainingCount
        },
        interRAT                            SEQUENCE {
            securityAlgorithmConfig             SecurityAlgorithmConfig,
            nas-SecurityParamToEUTRA            OCTET STRING (SIZE(6))
        }
    },
    ...
}

-- ASN1STOP
```

| ***RRCConnectionReconfiguration* field descriptions** |
|---|

Figure [1.d.1] *RRC_ConnectionReconfiguration* message and its field descriptions

| '417 Patent Claim | Accused Handover Products/Services |
|---|---|
| | The UE periodically reports such neighbors by sending the qualifying measurements along with the corresponding Physical Cell Identifier (PCI). If a PCI is reported by a UE that does not correspond to any of the serving eNBs' defined neighbor cells, the serving eNB/gNB moves to confirm the finding by requesting the UE to retrieve the Global Cell Identity of the cell (ECGI). When the UE reports the ECGI (which is broadcast by the neighboring cell), the serving eNB/gNB adds the neighboring cell into the NRT table and add further details such as the IP address of the neighbor by requesting such information from the Operation and Maintenance (O&M) Center in the EPC network core (this information will enable the serving eNB/gNB to be able to interact with the neighboring eNB/gNB via the X2 interface, if and as needed). The function of the ANR protocol is further illustrated in Figure [1.d.2] below.   Figure [1.d.2] ANR protocol in action. See *LTE Self-Organizing Network* (available at https://lte-son.blogspot.com/2018/10/automatic-neighbour-relation-anr.html). |

| **‘417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | Figure [1.d.3] below (reproduced from 3GPP TS 25.484, Figure 4.1-1) also shows the interaction between eNB and O&M due to ANR, and the Neighbor Relation Table.<br><br><br>Figure [1.d.3] Interaction between eNB and O&M due to ANR, and the Neighbor Relation Table |

| **‘417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | Thus, ANR protocol ensures serving eNB/gNB maintains dynamically updated information about all neighboring cells. Hence, the mobile node (UE) always has a corresponding one or more predicted geographical future states which are the identified and confirmed neighboring cells.<br><br>The source eNB through the Automatic Neighbor Relationship (ANR) protocol is able to predict future states which are the neighboring eNB’s as it maintains a Neighbor Relationship Table. Each eNB maintains information about itself (current state) and other eNB (future states). The determination of the target eNB is also decided by the measurement reports periodically sent by the UE. Finally, the source eNB decides on which future (target) eNB the mobile node should hand over to (the future geographical state) and in fact issues a handover request with the target eNB and issues an RRC command (RRC connection reconfiguration request) to the mobile node which includes the physical cell ID of the future geographical state’s foreign agent).<br><br>The source eNB behaving as stated above is a ghost-foreign agent on behalf of the future (target) foreign agent.<br><br>By preparing and executing handover into a future geographical state while maintaining the mobile node application sessions, a Foreign Agent (FA) belonging to a future geographical state is established. Such preparatory work is started by the ghost-foreign agent before the mobile node starts or completes the handover process, i.e., “in a geographical area where the foreign agent is not physically present”.<br><br>Example of such preparatory work can be traced by two protocols: the X2 protocol attending to low-level handover and cross eNB IP-in-IP tunnel as shown in Figure [1.d.4] below, and the Proxy Mobile IP v6 protocol attending to IP-level handover and re-establishment of the new FA and the new HA to FA bi-directional tunnel. The latter is shown in Figure [1.d.5]. |

**U.S. Patent No. 8,213,417 ("417 Patent")**

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | See figure below |




Figure [1.d.4] Handover Using the X2 Interface. Handover Preparation is the second step involving creating cross eNB IP-in-IP tunnel.

| **‘417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |  <br>Figure [1.d.5] Proxy Mobile IP v6 Operation during hand over, showing re-establishment of LMA-(new)MAG tunnel.<br>Hence, “a ghost-foreign agent” (source eNB) “that advertises messages to one of the mobile nodes” (commands its UE to start handover) “indicating presence of the ghost-foreign agent on behalf of one of the foreign agents” (by receiving the handover command, the mobile node gets a clear indication its source eNB is acting on behalf of the FA in the future geographical state) “when the mobile node is located in a geographical area where the |

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | foreign agent is not physically present;" (which is the case as this is happening in the location of the source eNB and not the location of the future serving eNB).<br><br>The Accused Handover Products/Services provide, enable or use wireless networks that meet this limitation. |
| [1. e] a ghost-mobile node that creates replica IP messages on behalf of a mobile node, the ghost-mobile node handling signaling required to allocate resources and initiate mobility on behalf of the mobile node, the ghost-mobile node triggering signals based on a predicted physical location of such mobile node or distance with relation to the at | A ghost-mobile node is a node, or a virtual node, that can operate on behalf of the mobile node and that is capable of registering with a foreign agent and allocating resources for the mobile node before the mobile node arrives in the physical area covered by the foreign agent.<br><br>A ghost-mobile node that creates replica IP messages on behalf of a mobile node is a ghost-mobile node that copies IP messages on behalf of a mobile node.<br><br>The source (serving) eNB/gNB acts as a proxy for the mobile node and manages connection mobility control on its behalf. As such, the source eNB/gNB acts as a ghost-mobile node on behalf of the mobile node. It creates replica IP messages by sending a Handover Request message to the target eNB/gNB, which includes UE context information. The UE context information contains the same information sent by the UE itself upon initial attachment to the network. The eNB/gNB UE Context is defined in ETSI TS 136 401 as shown below. |

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| least one foreign agent. | **6.4 UE associations in eNB**<br><br>There are several types of UE associations needed in the eNB: the "eNB UE Context" used to store all information needed for a UE in active state and the associations between the UE and the logical S1 and X2 connections used for S1/X2-AP UE associated messages.<br><br>**Definitions:**<br><br>**eNB UE context:**<br><br>An eNB UE context is a block of information in an eNB associated to one active UE. The block of information contains the necessary information required to maintain the E-UTRAN services towards the active UE. At least UE state information, security information, UE capability information and the identities of the UE-associated logical S1-connection shall be included in the eNB UE context. An eNB UE context is established when the transition to active state for a UE is completed or in target eNB after completion of handover resource allocation during handover preparation.<br><br>**UE-associated logical S1-connection/ UE-associated logical X2-connection:**<br><br>On the logical S1 or X2 connection, control plane messages (S1AP, X2AP) associated with the UE are sent. This connection is established during the first S1/X2AP message exchange between the S1/X2 peer nodes. The connection is<br><br>*ETSI*<br><br>Hence, "a ghost-mobile node" (which is the serving eNB/gNB) creates replica IP messages on behalf of a mobile node (which is for example the UE context sent as part of the Handover request to the target eNB/gNB).<br><br>The Handover Request message sent by the source eNB/gNB instructs the target eNB/gNB to allocate resources to the mobile node and initiates the handover process on the mobile node's behalf as shown in ETSI TS 136 423, section 8.2.1.2, page 25, which is reproduced below. |

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | <br>3GPP TS 36.423 version 16.2.0 Release 16 25 ETSI TS 136 423 V16.2.0 (2020-07)<br>8.2.1.2 Successful Operation<br><br>**Figure 8.2.1.2-1: Handover Preparation, successful operation**<br><br>Figure [1.e.1]A: Basic Handover request form source eNB to target eNB. |

| **‘417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | 3GPP TS 36.423 version 16.2.0 Release 16 111 ETSI TS 136 423 V16.2.0 (2020-07)<br>NOTE: The messages have been defined in accordance to the guidelines specified in TR 25.921 [30].<br>9.1 Message Functional Definition and Content<br>9.1.1 Messages for Basic Mobility Procedures<br>9.1.1.1 HANDOVER REQUEST<br>This message is sent by the source eNB to the target eNB to request the preparation of resources for a handover.<br>Direction: source eNB → target eNB.<br><br>Figure [1.e.1]B showing how Basic Handover request requests preparation of resources for handover. The detailed request message can be accessed from the same source (ETSI TS 136 423).<br><br>Hence, “the ghost-mobile node” (which is the source eNB/gNB) “handling signaling” (by issuing a Handover Request to the target eNB/gNB) “required to allocate resources and initiate mobility on behalf of the mobile node” (in which the request is for preparing and allocating resources at the target eNB/gNB, and for initiating the handover event).<br><br>Handover initialization phase includes handover measurement reporting by the UE, and then filtering of the measurement to either take no action or trigger one of several well-defined handover events (A1, A2, …, A5 within the same network or B1, B2 within different networks or network technologies (Inter RAT)). Each event conveys a specific meaning but all address signal strength and signal quality of the serving or (potential) target eNB’s with respect to each other or with respect to some predefined thresholds. |

| **‘417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | Filtering is implemented first by conditional equations that are control functions to decide to raise any of the abovementioned events, or take no action as shown below.<br><br>Fn = (1-a) * Fn-1 + (a * MEASn)<br><br>Fn = updated filtered measurement result<br><br>Fn-1 = previous filtered measurement result<br><br>a = (1/2)k/4 , where k is appropriate filter coefficient<br><br>MEASn = latest measurement result received from PHYSICAL layer |

| | |
|---|---|
| | A summary of the measure reporting events (A1 through A5) is shown below in terms of figures and descriptive text:<br>Event-A1: The serving cell becomes better than certain threshold.<br><br>Event-A2: Serving cell becomes worse than certain threshold |

| **‘417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |   Event A3: Neighbor cell becomes better than serving cell |

| **‘417 Patent Claim** | **Accused Handover Products/Services** |
| --- | --- |
| |  <br>Event A4: The neighbor cell becomes better than certain threshold |

| '417 Patent Claim | Accused Handover Products/Services |
|---|---|
| |  <br>Event A5 Serving cell becomes worse than specific threshold and the neighbor cell becomes better than another threshold. |

| **‘417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |  From the figures above, the events reflect “leaving conditions” (of current cell) that must be met, and “entering” conditions (of a new cell). These conditions rely on the measurements and their frequencies (frequencies add confidence in the correctness of the decision) as well as cell-wide or network-wide control parameters known as thresholds (for instance, Hysteresis control). The measurements all reflect signal strength and quality which determines the next cell (predicted physical location). Indeed, the event reporting action (entering an event) depends directly on the changing values of the RSRP (Reference Signal Received Power) and the RSRQ (Reference Signal Received Quality) with respect to set thresholds or relative to each other's (serving eNB and |

| **'417 Patent Claim** | **Accused Handover Products/Services** |
| --- | --- |
| | target eNB). Both are metrics of downlink signal strength and quality which directly depend on the relative location of the receiver (the UE) from the source of transmission (be it the serving eNB or the target eNB). The closer the UE is from the source the higher RSRP and RSRQ are, and vice versa, the farther away the UE is the smaller the RSRP and RSRQ values. The lingering of a location (the frequency of reporting similar or same values) which is another location attribute (near and staying near for a while, or far and staying far for a while) also affects the decisions taken.<br><br>Hence "the ghost-mobile node triggering signals based on a predicted physical location of such mobile node or distance with relation to the at least one foreign agent."<br><br>Therefore, a wireless network provided, enabled or used by Accused Handover Products/Services comprises, "a ghost-mobile node that creates replica IP messages on behalf of a mobile node, the ghost-mobile node handling signaling required to allocate resources and initiate mobility on behalf of the mobile node, the ghost-mobile node triggering signals based on a predicted physical location of such mobile node or distance with relation to the at least one foreign agent."<br><br>The Accused Handover Products/Services provide, enable or use wireless networks that meet this limitation. |
| [3. a] wherein signaling further comprises at least one of a tunnel and a communication network to allocate resources between the mobile node and foreign agent, the signaling being triggered | "Reported by"<br><br>The UE (mobile node) is a measurement taker and reporter. Thus, the measurement report is "reported by one of the mobile nodes."<br><br>"Threshold Distance"<br><br>The threshold distance is also reported to one of the foreign agents (serving eNB). The distance between a sender and a receiver in a wireless communication system can be estimated using the received signal strength. In wireless communication systems, the distance between a sender and a receiver is the physical quantity of interest and it is estimated using the received signal strength. The signal strength is the power of the radio wave received by the receiver which decreases with distance due to path loss. The received signal strength is inversely proportional to the distance between the sender and receiver, and it is measured and used to estimate the distance, even though signal strength uses dBm units of Signal energy (e.g., -83 dBm reflects a weak signal whereas +15dBm reflects a |

| **‘417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| at a threshold distance to one of the foreign agents reported by one of the mobile nodes, the threshold distance reported to one of the foreign agents at least one of a projected trajectory and a speed. | strong signal), whereas distance uses meters, kilometers, or miles. The formula for distance as a function of signal strength is:   |

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | Thus, in a wireless network provided, enabled or used by Accused Handover Products/Services, "the signaling being triggered at a threshold distance to one of the foreign agents reported by one of the mobile nodes, the threshold distance reported to one of the foreign agents."<br><br>"Projected Trajectory"<br><br>Further, "When a UE is moving, its predicted trajectory can be estimated based on various factors such as its current location, velocity, and direction of movement. This information can be used to anticipate when the UE is likely to move out of range of the current cell and into range of a neighboring cell. If the TTT value is configured appropriately based on the predicted trajectory, the handover can be initiated just in time to maintain a seamless connection." Sesia, S., Toufik, I., & Baker, M., LTE - The UMTS Long Term Evolution: From Theory to Practice (2nd ed.), Chapter 10 (*Handover in LTE)*, page 282, (2011) (John Wiley & Sons Ltd.).<br><br>Indeed, the TTT value can be adjusted based on the predicted trajectory of the UE by increasing or decreasing the time-to-trigger offset. For example, if the UE is predicted to move out of range of the current cell very quickly, a lower TTT value with a shorter time-to-trigger offset may be needed to initiate the handover in time. Conversely, if the UE is predicted to move out of range more slowly, a higher TTT value with a longer time-to-trigger offset may be sufficient.<br><br>Thus, in a wireless network provided, enabled or used by Accused Handover Products/Services, "the signaling being triggered at a threshold distance to one of the foreign agents reported by one of the mobile nodes, the threshold distance reported to one of the foreign agents at least one of a projected trajectory."<br><br>"Speed"<br><br>3GPP TS 36.331, Section 6.3.3.3, Release 15, states that, "The value of TTT for an intra-frequency handover (i.e., handover within the same frequency band) should be dependent on UE speed and should be configured based on network conditions." Thus, in a wireless network provided, enabled or used by Accused Handover Products/Services, "the signaling being triggered at a threshold distance to one of the foreign agents reported by one of the mobile nodes, the threshold distance reported to one of the foreign agents at least one of a projected trajectory and a speed."<br><br>"Tunnel" |

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | Figure [1.d.4] above shows how Handover Preparation is done in the second step involving creating cross eNB IP-in-IP tunnel.<br><br>Figure [1.e.1]A above shows preparing resources before handover takes place is a purpose of the handover request message. Hence, in a wireless network provided, enabled or used by Accused Handover Products/Services, "one of a tunnel and a communication network to allocate resources between the mobile node and foreign agent."<br><br>Therefore, "wherein signaling further comprises at least one of a tunnel and a communication network to allocate resources between the mobile node and foreign agent, the signaling being triggered at a threshold distance to one of the foreign agents reported by one of the mobile nodes, the threshold distance reported to one of the foreign agents at least one of a projected trajectory and a speed."<br><br>The Accused Handover Products/Services provide, enable or use wireless networks that meet this limitation. |
| 6. The system of claim 1, wherein the at least one ghost-foreign agent populates mobile IP Advertisement messages with at least one care-of-address of neighboring foreign agents in order to extend the range of neighboring foreign agents. | See above for discussion of the elements of claim 1. Then see in particular the discussion of [1-d] of the source eNB acting as a ghost-foreign agent on behalf of the future (target) foreign agent.<br><br>See above [1-d] for discussion of how Proxy Mobile IP v6 (PMIPv6) operates during handover, showing re-establishment of LMA - (new) MAG tunnel. See specifically Figure [1.d.5], reproduced below. |

| **‘417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |  <br><br>Figure [1.d.5] Proxy Mobile IP v6 Operation during hand over, showing re-establishment of LMA-(new)MAG tunnel.<br><br>PMIPv6 refers to FA as MAG and Home Agent as LMA as was explained before. When a UE requests router solicitation from the MAG (before such requests, UE cannot communicate using IP, it needs to get a mobile IPv6 network prefix first, and this starts by requesting a router solicitation from the MAG). MAG will not send router advertisement yet but will first work on setting up and establishing the route, then the route advertisement to the UE. |

| '417 Patent Claim | Accused Handover Products/Services |
|---|---|
| | To set up and establish the route, the MAG sends a Proxy Binding Update (PBU) to the LMA. The PBU associates the UE identity with the MAG address. Once the PBU is received by the LMA, the LMA assigns a Network Prefix for the UE, and updates its Binding table with info that links together the UE identity, the assigned network prefix, and the care-of-address of the proxy MAG. All this info in the LMA's table are packaged into a Proxy Binding Ack (PBA) which is sent to the MAG. The MAG, on receipt, communicates with the LMA to create a bi-directional IPv6-in-IPv6 tunnel (as shown in the figure), and finally the route is setup and established.<br><br>The MAG sends the route advertisement with the assigned network prefix to the UE (also referred to in the figure as Mobile Node or MN). The UE adds the network prefix to its routing table and communicates using IPv6.<br><br>The figure below further demonstrates the logical order of the route advertisement messages. |

| **'417 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | <br>Hence, in a wireless network provided, enabled or used by Accused Handover Products/Services, "at least one ghost-foreign agent populates mobile IP Advertisement messages with at least one care-of-address of neighboring foreign agents in order to extend the range of neighboring foreign agents."<br>The Accused Handover Products/Services provide, enable or use wireless networks that meet this limitation. |