UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MOBILITY WORKX, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>*Defendant*. | Case No. 4:24-cv-00799-ALM<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Cisco Systems, Inc. ("Cisco") files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. Cisco was served on September 5, 2024, making its answer due September 26, 2024. Pursuant to an agreement between the parties, Cisco has agreed to waive any objections to service in exchange for an extension of time to answer or otherwise respond to Plaintiff's Complaint up to and including December 4, 2024. The requested extension is slightly longer than what is usually requested, but takes into account upcoming conferences, Halloween, Thanksgiving, and to allow the parties some time to determine whether an earlier resolution to this matter is possible. Plaintiff does not oppose this extension.

Dated: September 12, 2024                                         Respectfully submitted,

*/s/ Holly Engelmann*
Holly E. Engelmann
State Bar No. 24040865
HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
Terrace 7
2801 Via Fortuna, Suite 200
Austin, Texas 78746
Tel: (512) 277-2246
Fax: (512) 597-2301

Louis N. Jameson
GA State Bar No. 003970
WJameson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Tel: (404) 253-6915
Fax: (404) 253-6901

Tia Fenton
tdfenton@duanemorris.com
Kevin Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue, N.W., Suite 700 East
Washington, DC 20001
Tel: (202) 776-7800
Fax: (202) 776-7801

***ATTORNEYS FOR DEFENDANT CISCO SYSTEMS, INC.***

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendant conferred with Plaintiff's counsel on September 9, 2024. Plaintiff does not oppose Defendant's request sought in this motion.

/s/ Holly E. Engelmann
Holly E. Engelmann

**CERTIFICATE OF SERVICE**

I certify that on September 12, 2024 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Holly E. Engelmann
Holly E. Engelmann