**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| MOBILITY WORKX, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>*Defendant*. | Case No. 4:24-cv-00799-ALM<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The Court, having reviewed Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint and finding that the relief requested therein is appropriate and in the interests of justice, GRANTS Defendant's motion and ORDERS that the current deadline for Defendant to respond to the complaint is December 4, 2024.

SO ORDERED.