# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| MOBILITY WORKX, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>*Defendant*. | Case No. 4:24-cv-00799-ALM<br><br>**JURY TRIAL DEMANDED** |

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Cisco Systems, Inc. ("Cisco") files this Second Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. The Court granted Cisco an extension until December 4, 2024 to answer or otherwise respond to the Complaint. Dkt. 12.

In the meantime, the Court granted extensions to answer or otherwise respond until January 6, 2025 in the following related cases, all involving the same two patents-in-suit at issue in this matter (U.S. Patent Nos. 7,697,508 and 8,213,417):

- *Mobility Workx, LLC v. Samsung Elecs. Co., Ltd.*, Case No. 4:24-cv-00798-ALM, Dkt. 8 (E.D. Tex. Sept. 16, 2024);

- *Mobility Workx, LLC v. Ericsson, Inc.*, Case No. 4:24-cv-00796-ALM, Dkt. 8 (Sept. 26, 2024); and

- *Mobility Workx, LLC v. Nokia Corp.*, Case No. 4:24-cv-00797-ALM, Dkt. 8 (E.D. Tex. Nov. 14, 2024).

Cisco requests the same date to answer or otherwise respond to the Complaint – January 6, 2025 – to align the four cases on the same schedule. Plaintiff does not oppose this extension.

Dated: December 2, 2024				Respectfully submitted,

*/s/ Holly Engelmann*
Holly E. Engelmann
State Bar No. 24040865
HEngelmann@duanemorris.com
**DUANE MORRIS LLP**
Terrace 7
2801 Via Fortuna, Suite 200
Austin, Texas 78746
Tel: (512) 277-2246
Fax: (512) 597-2301

Louis N. Jameson
GA State Bar No. 003970
WJameson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Tel: (404) 253-6915
Fax: (404) 253-6901

Tia Fenton
tdfenton@duanemorris.com
Kevin Anderson
kpanderson@duanemorris.com
Chris Ricciuti
cricciuti@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue, N.W., Suite 700 East
Washington, DC 20001
Tel: (202) 776-7800
Fax: (202) 776-7801

***ATTORNEYS FOR DEFENDANT CISCO SYSTEMS, INC.***

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant conferred with Plaintiff's counsel on December 2, 2024. Plaintiff does not oppose Defendant's request sought in this motion.

                                             */s/ Holly E. Engelmann*
                                               Holly E. Engelmann

## CERTIFICATE OF SERVICE

I certify that on December 2, 2024 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                             */s/ Holly E. Engelmann*
                                               Holly E. Engelmann